STATE OF NEW JERSEY v. ROLAND GEBERT.

May 18, 1982.

Petition for certification denied.

TOWNSHIP OF EAST HANOVER v. RIDGEDALE
HOLDING COMPANY.

May 18, 1982.

Petition for certification denied.

HARRISON ASSOCIATES v. THE TOWNSHIP OF
FRANKLIN, SOMERSET COUNTY.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT ZARINSKY.

May 18, 1982.

Petition for certification denied.